

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00412-CV

Cornelius Roy **PRINCE** III d/b/a Texas Concepts,
Appellants

v.

Dixie **BATTOE,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV00375
The Honorable J Frank Davis, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to August 21, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court